# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136849(45)

In re AYDEN ROOD, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellant,

v

DARROLL DONALD ROOD,
      Respondent-Appellee.

_____

SC: 136849
COA: 280597
Mason CC Family Division:
06-000019-NA

     On order of the Chief Justice, the motion by the Children's Law Section of the State Bar of Michigan for extension to September 29, 2008 of the time for filing its brief *amicus curiae* is considered and it is GRANTED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2008

_____
Clerk